Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
Carl J. Basile [State Bar No. 251267]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone: (626) 765-3000
Facsimile: (626) 765-3030
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com
Email: cbasile@cunninghamswaim.com

Attorneys for Defendant,
DEUTSCHE LUFTHANSA
AKTIENGESELLSCHAFT, aka
DEUTSCHE LUFTHANSA AG,
incorrectly sued as LUFTHANSA GROUP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KENNEDY formerly Daniel Sadek,<br><br>Plaintiff,<br><br>vs.<br><br>LUFTHANSA GROUP, a foreign corporation; and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No. 8:25-cv-02150<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant, DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT aka DEUTSCHE LUFTHANSA AG, incorrectly sued as LUFTHANSA GROUP, hereby respectfully gives notice of its removal of the above-captioned action to this Court, upon the following bases:

///

1. On August 14, 2025, Plaintiff DANIEL KENNEDY (herein, "Kennedy" or "Plaintiff") filed his complaint in that certain lawsuit styled *Daniel Kennedy formerly Daniel Sadek, v. Lufthansa Group, a foreign corporation; and DOES 1 through 20, inclusive,* Superior Court of the State of California, County of Orange, case number 30-2025-01503808 (the "Underlying Action"), against Defendant DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT aka DEUTSCHE LUFTHANSA AG, incorrectly sued as LUFTHANSA GROUP (herein referred to as "Removing Defendant"); and DOES 1 through 20, inclusive.

2. Plaintiff caused to be served upon Removing Defendant a copy of a Summons (the "Summons") and the Complaint via Personal Service on August 29, 2025, when it was served on and received by Removing Defendant's Agent for Service of Process. See the Service of Process Documents attached as Exhibit A. This service was Removing Defendant's first receipt of an initial pleading in the Underlying Action showing a basis for removal.

3. Plaintiff alleges in his Complaint that Plaintiff is entitled to recover damages from Removing Defendant for Breach of Contract, Intentional Infliction of Emotional Distress, Discrimination, and Violation of the Montreal Convention for an incident which occurred on June 9, 2025, in Frankfurt, Germany.

4. Plaintiff's Complaint asserts four causes of action for Breach of Contract, Intentional Infliction of Emotional Distress, Discrimination, and Violation of the Montreal Convention against Removing Defendant.

5. Plaintiff prays in the Complaint for recovery of compensatory damages, equitable relief, costs of suit including reasonable attorney's fees and interest, and pre-judgment and post-judgment interest as allowed by law. On July 22, 2025, Plaintiff made a pre-litigation settlement demand in the amount of $600,000 to compensate him for his alleged damages. See the July 23, 2025 letter from Plaintiff to Defendant attached hereto as Exhibit B. These claims exceed the minimum jurisdictional requirement for the amount in controversy of $75,000.

6. Deutsche Lufthansa Aktiengesellschaft aka Deutsche Lufthansa AG was and is a foreign corporation formed in Germany with its principal place of business in Cologne NW, Germany.

7. Removing Defendant Deutsche Lufthansa Aktiengesellschaft aka Deutsche Lufthansa AG is deemed to be a citizen of Germany, pursuant to 28 U.S.C. § 1332(c)(1) and the holding of *Hertz Corp. v. Friend* (2010) 559 U.S. 77.

8. Plaintiff Kennedy, upon information and belief, is a resident of the state of California, based on the address set forth for Plaintiff on his Complaint.

9. The Underlying Action is a civil action over which this Court has subject matter jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by Removing Defendants pursuant to 28 U.S.C. §§ 1441 and 1446 based upon this Court's diversity jurisdiction, for the following reasons:

    (a) Each plaintiff is a resident of a different state than each defendant because (1) Plaintiff Kennedy, upon information and belief, is an individual who lives in the State of California, and is thus a citizen of California; and (2) Removing Defendant Deutsche Lufthansa Aktiengesellschaft aka Deutsche Lufthansa AG is a German corporation with its principal place of business in Cologne NW, Germany, and thus Deutsche Lufthansa Aktiengesellschaft aka Deutsche Lufthansa AG is a citizen of Germany.

    (b) Plaintiff alleges a civil action against Removing Defendant.

    (c) The matter in controversy is asserted by Plaintiff to exceed the sum or value of $75,000, since Plaintiff's settlement demand based on his alleged damages is $600,000. Plaintiff's claims exceed the minimum jurisdictional requirements.

12. As no defendant is a citizen of the same state as the plaintiff, removal is permissible under 28 U.S.C. § 1441(b)(2).

13. As Removing Defendant is the only named defendant in the case, no consent is required from any other defendant to remove this action to this Court.

///

1     14.   This case is being removed to the United States District Court for the Central District of California, which is the district and division within which the Underlying Action is pending. *See* 28 U.S.C. § 1446(a).

    15.   Copies of all pleadings, process, orders, and other filings in the state court action to which the removing parties now have access are attached to this notice as required by 28 U.S.C. § 1446(a). Attached to this notice are true and correct copies of the following documents, which comprise all the documents from the state court docket that were received by the Removing Defendant in the Underlying Action:

> -Exhibit C: The 8/14/2025 Complaint; The 8/14/2025 Summons; The 8/14/2025 Civil Case Cover Sheet; The 8/15/2025 Case Management Conference Scheduling Order; The 8/14/2025 Request to Waive Court Fees; The 8/15/2025 Clerk's Certificate of Service by Mail; The 8/18/2025 Order on Court Fee Waiver; The 8/19/2025 Clerk's Certificate of Mailing/Electronic Service; and The 9/2/2025 Proof of Service of 30-Day Summons and Complaint – Personal.

    16.   Notice that this Notice of Removal has been filed is being provided to the state court and all other parties, pursuant to the applicable statute.

Dated: September 23, 2025            CUNNINGHAM SWAIM, LLP

                                                   By: */s/ Carl J. Basile*
                                                              Michael J. Terhar
                                                              Jonathan E. Hembree
                                                              Carl J. Basile
                                                              Attorneys for Defendant,
                                                              DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, aka DEUTSCHE LUFTHANSA AG, incorrectly sued as LUFTHANSA GROUP.

## **DEMAND FOR JURY TRIAL**

Defendant, DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, aka DEUTSCHE LUFTHANSA AG, incorrectly sued as LUFTHANSA GROUP., hereby demands a trial by jury.

Dated: September 23, 2025    CUNNINGHAM SWAIM, LLP

By: */s/ Carl J. Basile*
Michael J. Terhar
Jonathan E. Hembree
Carl J. Basile
Attorneys for Defendant,
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, aka DEUTSCHE LUFTHANSA AG, incorrectly sued as LUFTHANSA GROUP.