# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
08/29/2025
CT Log Number 549990173

## Service of Process Transmittal Summary

**TO:** Robin McDougall, Paralegal
Lufthansa German Airlines
1400 RXR PLAZA, 14W
UNIONDALE, NY 11556

**RE:** Process Served in California

**FOR:** LUFTHANSA GROUP BUSINESS SERVICES GMBH  (Domestic State: DE)

### ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | DANIEL KENNEDY formerly Daniel Sadek vs. LUFTHANSA GROUP |
| **CASE #:** | 30202501503808CUCRNJC |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/29/2025 at 08:41 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Robin McDougall  robin.mcdougall@dlh.de |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
866-203-1500
DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1



## PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Aug 29, 2025
**Server Name:** DROP SERVICE

| Entity Served | LUFTHANSA GROUP |
|---|---|
| Case Number | 30202501503808CUCRNJC |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



|  | **SUM-100** |
|---|---|
| # SUMMONS<br>*(CITACION JUDICIAL)* | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)*<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br>**AUG 14 2025**<br>DAVID H. YAMASAKI, Clerk of the Court<br>BY:_____DEPUTY |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Lufthansa Group, a foreign corporation; and DOES 1 through 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Daniel Kennedy formerly known as Daniel Sadek

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* North Justice Center

1275 N. Berkeley Avenue Fullerton, CA 92832

**CASE NUMBER:** *(Número del Caso):*
30-2025-01503808-CU-CR-NJC

Scott A. Steiner
Assigned for All Purposes

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Kennedy 6 Auvergne Newport Coast, CA 92657 (949) 500-0000

DATE: **AUG 15 2025**  **DAVID H. YAMASAKI**  Clerk, by _____, Deputy
*(Fecha)* *(Secretario)*  C. Tran  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [ Print this form ]   [ Save this form ]   [ Clear this form ]

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 1 4 2025

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

Daniel Kennedy
6 Auvergne
Newport Coast, CA 92657
Telephone: (949) 500-0000
Email: danielkennedy2469@gmail.com

Plaintiff, IN PRO PER

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

| | |
|---|---|
| DANIEL KENNEDY formerly Daniel Sadek, <br><br> Plaintiff, <br> v. <br><br> LUFTHANSA GROUP, a foreign corporation; and DOES 1 through 20, inclusive; <br><br> Defendants. | 30-2025 <br> Case No. 01503808 <br> [UNLIMITED CIVIL CASE] <br><br> **COMPLAINT FOR DAMAGES** <br><br> 1. Breach of Contract <br> 2. Intentional Infliction of Emotional Distress <br> 3. Discrimination <br> 4. Violation of the Montreal Convention <br><br> **DEMAND FOR JURY TRIAL** <br><br> Scott A. Steiner <br> Assigned for All Purposes |

I.  **PARTIES**

1. Plaintiff Daniel Kennedy formerly Daniel Sadek (hereinafter, the "**Plaintiff**") is a natural person residing in Orange County, California.

2. Defendant Lufthansa Group is a foreign corporation (hereinafter, the "**Defendant**") operating international flights, including flight LH1305 from Beirut to Los Angeles, with a principal place of business at 1400 RXR Plaza, 14W, Uniondale, New York 11556.

Complaint.docx

– 1 –

COMPLAINT FOR DAMAGES

## II. FACTUAL ALLEGATIONS

3. On June 9, 2025, Plaintiff held valid boarding pass for Lufthansa flight LH1305 but was denied boarding in Frankfurt, Germany, and involuntarily returned to Beirut, Lebanon.

4. This denial caused Plaintiff significant financial losses, including costs to secure alternative travel, missed business opportunities, and reputational damage.

5. Plaintiff endured a 20-hour layover in Istanbul, a 14-hour flight without access to prescribed mediation, and was forced to return to Lebanon, a war-torn region, during escalating conflict between Israel and Iran.

6. Plaintiff was stranded in Lebanon for additional 12 days without access to cash or basic resources, borrowing money to book a flight on Turkish Airlines, exacerbating financial hardship.

7. The incident triggered sever emotional distress, including trauma tied to Plaintiff's childhood experiences during the 1974 Lebanese Civil War, when Plaintiff was six years old.

8. Plaintiff alleges Defendant's denial of boarding was influenced by discriminatory bias against Plaintiff's Lebanese origin, violating anti-discrimination laws.

## III. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### (Breach of Contract)

9. Plaintiff incorporates all prior allegations.

10. Defendant breached its contract with Plaintiff by failing to provide transportation as agreed upon with the valid boarding pass for flight LH1305, causing damages, including financial losses and additional travel costs.

### SECOND CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress)

11. Plaintiff incorporates all prior allegations.

12. Defendant's actions, including denying boarding and forcing Plaintiff's return to a war-torn region, were intentional and outrageous, causing sever emotional distress, including trauma from

childhood memories of the Lebanese Civil War.

## THIRD CAUSE OF ACTION

### (Discrimination)

13. Plaintiff incorporates all prior allegations.

14. Defendant's denial of boarding was motivated, in whole or in part, by discriminatory bias against Plaintiff's Lebanese origin, violating California's Unruh Civil Rights Act (Civil Code §51) and applicable federal anti-discrimination laws.

## FOURTH CAUSE OF ACTION

### (Violation of the Montreal Convention)

15. Plaintiff incorporates all prior allegations.

16. Defendant Lufthansa Group is an international air carrier subject to Montreal Convention, a treaty governing airline liability for damages occurring during international carriage.

17. On or about June 9, 2025, Defendant denied Plaintiff boarding on Flight LH1305 during international transit, resulting in delay, emotional distress, financial harm, and forced to return to a dangerous region in violation of Article 19 (delay) and Article 17 (bodily or mental injury) of the Montreal Convention.

18. Plaintiff suffered compensable damages, including severe psychological trauma, out-of-pocket losses, loss of business opportunity, and humiliation. These damages were caused directly by Defendant's breach of obligations under the Montreal Convention.

IV. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor of Plaintiff and against Defendant as follows:

1. Compensatory damages;
2. Equitable relief, including a formal apology from Defendant;
3. For costs of suit incurred herein, including reasonable attorney's fees and interest;
4. For pre-judgment and post-judgment interest as allowed by law;

5. For such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury on all issues.

Respectfully Submitted,

Dated: August 14, 2025

_____
DANIEL KENNEDY, Plaintiff
IN PRO PER