# EXHIBIT B

Daniel Kennedy

███████████████████

Email: ██████████████████ | Phone: █████████████

July 22, 2025

Carsten Spohr

Chief Executive Officer

Lufthansa Group

███████████████

███████████████

███████████████

Re: Formal Settlement Demand for Denied Boarding Incident - June 13, 2025

Dear Mr. Spohr,

I am writing to formally demand compensation in the amount of $600,000 related to a distressing incident caused by Lufthansa on June 13, 2025. Despite holding a valid boarding pass, I was denied boarding on Lufthansa flight LH1305 from Beirut to Los Angeles and was involuntarily returned to Beirut under extremely distressing circumstances.

This denial resulted in significant financial losses, personal suffering, and severe emotional distress. Notably, I was subjected to an unnecessary 20-hour layover in Istanbul, a prolonged 14-hour flight without access to my prescribed medication, and was exposed to extreme psychological stress while being returned to a war-torn region against my will.

After being denied boarding, my only option was to return to Beirut, as the ticket cost was only $500 and I could not afford to remain in Frankfurt. Upon my forced return, I was trapped in Lebanon for an additional 12 days with no access to cash or basic resources. I was subjected to extreme psychological and financial hardship, especially as the war between Israel and Iran escalated during this period. This terrifying situation triggered deep trauma, bringing back horrific childhood memories of the Lebanese Civil War in 1974 when I

Daniel Kennedy

████████████████████████

Email: d████████████████ | Phone: ████████████

was six years old. I eventually had to borrow money to book another flight out of Lebanon on Turkish Airlines, adding to my financial losses and emotional suffering. I strongly believe this mistreatment was influenced by discriminatory bias based on my Lebanese origin.

Lufthansa's failure to provide a safe, timely, and respectful travel experience has caused substantial harm, including missed business opportunities, reputational damage, and exacerbated health issues.

I hereby demand a settlement payment of $600,000 within fifteen (15) days from the date of this letter. If I do not receive a satisfactory resolution within this period, I will have no choice but to pursue all available legal remedies, including litigation for damages and punitive compensation.

Please consider this as a final opportunity to resolve this matter amicably.

Sincerely,

Daniel Kennedy

███████████

███████████████████

████████████████████████

Phone: ████████████