# EXHIBIT C

CM-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Daniel Kennedy<br>6 Auvergne<br>Newport Coast, CA 92657<br><br>TELEPHONE NO.: (949) 500-000    FAX NO.:<br>EMAIL ADDRESS: danielkennedy2469@gmail.com<br>ATTORNEY FOR *(Name):* Plaintiff, In Pro Per | **FOR COURT USE ONLY**<br><br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>AUG 1 4 2025<br><br>DAVID H. YAMASAKI  Clerk of the Court<br><br>BY:_____ DEPUTY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS:  700 CIVIC CENTER DRIVE WEST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:  SANTA ANA, CA 92701<br>BRANCH NAME:  CENTRAL JUSTICE CENTER |

| |
|---|
| CASE NAME: Daniel Kennedy v. Lufthansa Group et al. |

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 30-2025 |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $35,000) | [ ] Limited<br>(Amount<br>demanded is<br>$35,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE: 0 1 5 0 3 8 0 8<br>DEPT.: Scott A. Steiner |

Assigned for All Purposes

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [X] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* Four (4)
5. This case [ ] is [X] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 14, 2025

Daniel Kennedy
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | ▮CEB │ Essential<br>ceb.com │ 🅡 Forms | **CIVIL CASE COVER SHEET** |

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice—
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach—Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ—Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner
        Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic
        relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late Claim
    Other Civil Petition

CEB | Essential
ceb.com | Forms

**CIVIL CASE COVER SHEET**

0002

Daniel Kennedy
6 Auvergne
Newport Coast, CA 92657
Telephone: (949) 500-0000
Email: danielkennedy2469@gmail.com

Plaintiff, IN PRO PER

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 1 4 2025

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

30-2025

DANIEL KENNEDY formerly Daniel Sadek,

Plaintiff,

v.

LUFTHANSA GROUP, a foreign corporation;
and DOES 1 through 20, inclusive;

Defendants.

Case No. **0 1 5 0 3 8 0 8**

[UNLIMITED CIVIL CASE]

**COMPLAINT FOR DAMAGES**

1. Breach of Contract
2. Intentional Infliction of Emotional Distress
3. Discrimination
4. Violation of the Montreal Convention

**DEMAND FOR JURY TRIAL**

Scott A. Steiner

Assigned for All Purposes

## I.   PARTIES

1.      Plaintiff Daniel Kennedy formerly Daniel Sadek (hereinafter, the **"Plaintiff"**) is a natural person residing in Orange County, California.

2.      Defendant Lufthansa Group is a foreign corporation (hereinafter, the **"Defendant"**) operating international flights, including flight LH1305 from Beirut to Los Angeles, with a principal place of business at 1400 RXR Plaza, 14W, Uniondale, New York 11556.

Complaint.docx

— 1 —

## II.    FACTUAL ALLEGATIONS

3.    On June 9, 2025, Plaintiff held valid boarding pass for Lufthansa flight LH1305 but was denied boarding in Frankfurt, Germany, and involuntarily returned to Beirut, Lebanon.

4.    This denial caused Plaintiff significant financial losses, including costs to secure alternative travel, missed business opportunities, and reputational damage.

5.    Plaintiff endured a 20-hour layover in Istanbul, a 14-hour flight without access to prescribed mediation, and was forced to return to Lebanon, a war-torn region, during escalating conflict between Israel and Iran.

6.    Plaintiff was stranded in Lebanon for additional 12 days without access to cash or basic resources, borrowing money to book a flight on Turkish Airlines, exacerbating financial hardship.

7.    The incident triggered sever emotional distress, including trauma tied to Plaintiff's childhood experiences during the 1974 Lebanese Civil War, when Plaintiff was six years old.

8.    Plaintiff alleges Defendant's denial of boarding was influenced by discriminatory bias against Plaintiff's Lebanese origin, violating anti-discrimination laws.

## III.    CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### (Breach of Contract)

9.    Plaintiff incorporates all prior allegations.

10.    Defendant breached its contract with Plaintiff by failing to provide transportation as agreed upon with the valid boarding pass for flight LH1305, causing damages, including financial losses and additional travel costs.

### SECOND CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress)

11.    Plaintiff incorporates all prior allegations.

12.    Defendant's actions, including denying boarding and forcing Plaintiff's return to a war-torn region, were intentional and outrageous, causing sever emotional distress, including trauma from

1  childhood memories of the Lebanese Civil War.

## THIRD CAUSE OF ACTION

### (Discrimination)

13.    Plaintiff incorporates all prior allegations.

14.    Defendant's denial of boarding was motivated, in whole or in part, by discriminatory bias against Plaintiff's Lebanese origin, violating California's Unruh Civil Rights Act (Civil Code §51) and applicable federal anti-discrimination laws.

## FOURTH CAUSE OF ACTION

### (Violation of the Montreal Convention)

15.    Plaintiff incorporates all prior allegations.

16.    Defendant Lufthansa Group is an international air carrier subject to Montreal Convention, a treaty governing airline liability for damages occurring during international carriage.

17.    On or about June 9, 2025, Defendant denied Plaintiff boarding on Flight LH1305 during international transit, resulting in delay, emotional distress, financial harm, and forced to return to a dangerous region in violation of Article 19 (delay) and Article 17 (bodily or mental injury) of the Montreal Convention.

18.    Plaintiff suffered compensable damages, including severe psychological trauma, out-of-pocket losses, loss of business opportunity, and humiliation. These damages were caused directly by Defendant's breach of obligations under the Montreal Convention.

## IV.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor of Plaintiff and against Defendant as follows:

1.    Compensatory damages;

2.    Equitable relief, including a formal apology from Defendant;

3.    For costs of suit incurred herein, including reasonable attorney's fees and interest;

4.    For pre-judgment and post-judgment interest as allowed by law;

Complaint.docx

– 3 –

COMPLAINT FOR DAMAGES

5.      For such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury on all issues.


Respectfully Submitted,


Dated: August _14_, 2025


DANIEL KENNEDY, Plaintiff
IN PRO PER

Complaint.docx                                    — 4 —

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr>
<td>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Lufthansa Group, a foreign corporation; and DOES 1 through 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Daniel Kennedy formerly known as Daniel Sadek

</td>
<td>

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 1 4 2025

DAVID H. YAMASAKI, Clerk of the Court

BY:_____DEPUTY

</td>
</tr>
</table>

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr>
<td>

The name and address of the court is:
*(El nombre y dirección de la corte es):* North Justice Center

1275 N. Berkeley Avenue Fullerton, CA 92832

</td>
<td>

CASE NUMBER:
*(Número del Caso):*

30-2025-01503808-CU-CR-NJC

~~Scott A. Steiner~~
Assigned for All Purposes

</td>
</tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Kennedy 6 Auvergne Newport Coast, CA 92657 (949) 500-0000

DATE: **AUG 1 5 2025**    **DAVID H. YAMASAKI**    Clerk, by _____ , Deputy
*(Fecha)*    *(Secretario)*    C. Tran    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

<table>
<tr>
<td>[SEAL]</td>
<td>

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

</td>
</tr>
</table>

Page 1 of 1

<table>
<tr>
<td>

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

</td>
<td>

**SUMMONS**

[ Print this form ] [ Save this form ]

</td>
<td>

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

[ Clear this form ]

</td>
</tr>
</table>

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 1275 N. Berkeley Ave<br>MAILING ADDRESS: 1275 N. Berkeley Ave<br>CITY AND ZIP CODE: Fullerton  92838<br>BRANCH NAME:  North Justice Center | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE |
|---|---|
| PLAINTIFF: Daniel Kennedy | |
| DEFENDANT: Lufthansa Group | **Aug 15, 2025**<br>Clerk of the Superior Court |
| Short Title: KENNEDY VS. LUFTHANSA GROUP | |

| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2025-01503808-CU-CR-NJC |
|---|---|

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>01/13/2026</u> at  <u>09:00:00 AM</u> in Department <u>N18</u> of this court, located at <u>North Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court,  By: _____ , Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

North Justice Center
1275 N. Berkeley Ave
Fullerton  92838

**SHORT TITLE:** KENNEDY VS. LUFTHANSA GROUP

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER: |
|---|---|
| | **30-2025-01503808-CU-CR-NJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Fullerton , California, on 08/15/2025. Following standard court practice the mailing will occur at Sacramento, California on 08/18/2025.

Clerk of the Court, by: _____ , Deputy

DANIEL KENNEDY
6 AUVERGNE
NEWPORT COAST, CA 92657

---

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page: 2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

North Justice Center
1275  N. Berkeley Ave
Fullerton , CA 92838

**SHORT TITLE:** Kennedy vs. Lufthansa Group

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2025-01503808-CU-CR-NJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of Conformed Copy of Complaint, Civil Case Cover Sheet, Summons, and Fee Waiver was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Fullerton , California, on 08/18/2025.

Clerk of the Court, by: _____ , Deputy

DANIEL KENNEDY
6  AUVERGNE
NEWPORT COAST, CA 92657

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page: 1

**FW-003** **Order on Court Fee Waiver**
**(Superior Court)**

Clerk stamps date here when form is filed.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

AUG 18 2025

DAVID H. YAMASAKI, Clerk of the Court

BY_____DEPUTY

(1) **Person who asked the court to waive court fees:**
Name: Daniel Kennedy
Street or mailing address: 6 Auvergne
City: Newport Coast    State: CA Zip: 92657

(2) **Lawyer, if person in ① has one** *(name, firm name, address, phone number, e-mail, and State Bar number)*:
None

**RECEIVED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

AUG 14 2025

Fill in court name and street address:
**Superior Court of California, County of ORANGE**
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701
CENTRAL JUSTICE CENTER

Fill in case number and name:
Case Number:
**01503808**

Case Name:
Kennedy v. Lufthansa Group

(3) A request to waive court fees was filed on *(date)*: August 14, 2025

☐ The court made a previous fee waiver order in this case on *(date)*:

*Read this form carefully. All checked boxes* ☑ *are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

(4) After reviewing your: ☑ *Request to Waive Court Fees*    ☐ *Request to Waive Additional Court Fees*
**the court makes the following orders:**

a. ☐ The court **grants** your request, as follows:

(1) ☐ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rule 3.55 and 8.818.)* You do not have to pay the court fees for the following:
- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.
☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**    FW-003, Page 1 of 3

CEB | Essential Forms
ceb.com

30-2025

Your name: **Daniel Kennedy**

| Case Number |
|---|
| **0 1 5 0 3 8 0 8** |

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) ☐ Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service on next page) to:
  - Pay your fees and costs, or
  - File a new revised request that includes the incomplete items listed:
    ☐ **Below** ☐ **On Attachment 4b(1)**

    _____
    _____
    _____
    _____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated:     ☐ **Below** ☐ **On Attachment 4b(2)**

    _____
    _____
    _____
    _____

> The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
>   - Pay your fees and costs in full or the amount listed in c below, or
>   - Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☑ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
    ☐ **Below** ☐ **On Attachment 4c(1)**

    _____
    _____
    _____

(2) ☑ Bring the items of proof to support your request, if reasonably available, that are listed:
    ☑ **Below** ☐ **On Attachment 4c(2)**

    _____
    Bring proof of all income and expenses, including
    tax returns and 6 months of bank statements
    _____

**This is a Court Order.**

30-2025

Your name: Daniel Kennedy

**Case Number:**
01503808

Name and address of court if different from above:

┌─────────┐
│ Hearing │ ➔ Date: 9/23/2025 Time: 1:30pm
│  Date   │   Dept.: C16  Room:
└─────────┘

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 8/18/2025

Signature of (check one): ☑ *Judicial Officer*  ☐ *Clerk, Deputy*  LORI A. KIM

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California on the date below.

☒ A certificate of mailing is attached.

Date: _____

Clerk, by _____, **Deputy**

Name: _____

This is a Court Order.

Rev. September 1, 2016
CEB Essential Forms
ceb.com

**Order on Court Fee Waiver (Superior Court)**    FW-003, Page 3 of 3

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE** |  |
|---|---|
| North Justice Center<br>1275 N. Berkeley Ave<br>Fullerton , CA 92838 |  |
| **SHORT TITLE:** Kennedy vs. Lufthansa Group |  |
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2025-01503808-CU-CR-NJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Order on Court Fee Waiver (Superior Court) dated 08/18/25 has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practice and addressed as indicated below. This certification occurred at Fullerton , California on 8/19/25. Following standard court practice the mailing will occur at Sacramento, California on 8/20/25.

DANIEL KENNEDY
6 AUVERGNE
NEWPORT COAST, CA 92657


Clerk of the Court, by:

_____ , Deputy


**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

**FW-003** **Order on Court Fee Waiver**
**(Superior Court)**

| | |
|---|---|
| **(1)** **Person who asked the court to waive court fees:**<br>Name: <u>Daniel Kennedy</u><br>Street or mailing address: <u>6 Auvergne</u><br>City: <u>Newport Coast</u>   State: <u>CA</u> Zip: <u>92657</u> | *Clerk stamps date here when form is filed.* |

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

AUG 18 2025

DAVID H. YAMASAKI, Clerk of the Court

BY_____ DEPUTY

**(2)** **Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number)*:
<u>None</u>

RECEIVED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

AUG 1 4 2025

*Fill in court name and street address:*
**Superior Court of California, County of**
**ORANGE**
**700 CIVIC CENTER DRIVE WEST**

**SANTA ANA, CA 92701**
**CENTRAL JUSTICE CENTER**

**(3)** A request to waive court fees was filed on *(date)*:  <u>August 14, 2025</u>

☐ The court made a previous fee waiver order in this case on *(date)*:
_____

*Fill in case number and name:*

**Case Number:**
**30-2025**
**01503808**

**Case Name:**
Kennedy v. Lufthansa Group

***Read this form carefully. All checked boxes ☑ are court orders.***

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your:  ☑ *Request to Waive Court Fees*  ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☐ The court grants your request, as follows:

  (1) ☐ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rule 3.55 and 8.818.)* You do not have to pay the court fees for the following:
  - Filing papers in superior court
  - Making copies and certifying copies
  - Sheriff's fee to give notice
  - Court fee for phone hearing
  - Giving notice and certificates
  - Sending papers to another court department
  - Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
  - Assessment for court investigations under Probate Code section 1513, 1826, or 1851
  - Preparing, certifying, copying, and sending the clerk's transcript on appeal
  - Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
  - Making a transcript or copy of an official electronic recording under rule 8.835

  (2) ☐ **Additional Fee Waiver.** The court grants your request and waives additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.
  ☐ Jury fees and expenses
  ☐ Fees for court-appointed experts
  ☐ Other *(specify):* _____
  ☐ Fees for a peace officer to testify in court
  ☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(a)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 1 of 3

CEB Essential
ceb.com Forms

0002

30-2025

Your name: <u>Daniel Kennedy</u>

**b.** ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) ☐ Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  - ☐ Below  ☐ On Attachment 4b(1)

_____

_____

_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated:   ☐ Below  ☐ On Attachment 4b(2)

_____

_____

_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

**c.** (1) ☑ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
   ☐ Below  ☐ On Attachment 4c(1)

_____

_____

_____

(2) ☑ Bring the items of proof to support your request, if reasonably available, that are listed:
   ☑ Below  ☐ On Attachment 4c(2)

_____

_____
Bring proof of all income and expenses, including
_____
tax returns and 6 months of bank statements
_____

_____

**This is a Court Order.**

**Order on Court Fee Waiver (Superior Court)**      FW-003, Page 2 of 3

0001

30-2025

Your name: Daniel Kennedy

**Case Number:** 0 1 5 0 3 8 0 8

Name and address of court if different from above:

**Hearing Date** → Date: 9/23/2025 Time: 1:30pm
Dept.: C16 Room: _____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 8/18/2025

LORI A. KIM

Signature of (check one): ☑ Judicial Officer ☐ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California on the date below.
☒ A certificate of mailing is attached.

Date: _____

Clerk, by _____ , Deputy
Name: _____

**This is a Court Order.**

<table>
<tr><td colspan="2">

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State, Bar number, and address):*
Daniel Kennedy
6 Auvergne Newport Coast, CA 92657

  TELEPHONE NO.: 949-259-2351    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
  ATTORNEY FOR *(Name):* Daniel Kennedy formerly known as Daniel Sadek

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
  STREET ADDRESS: 1275 North Berkeley Avenue
  MAILING ADDRESS: 1275 North Berkeley Avenue
  CITY AND ZIP CODE: Fullerton 92832
  BRANCH NAME: North Justice Center

</td><td>

*FOR COURT USE ONLY*
**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**SEP 0 2 2025**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

</td></tr>
</table>

PLAINTIFF/PETITIONER: Daniel Kennedy formerly known as Daniel Sadek

DEFENDANT/RESPONDENT: Lufthansa Group, a foreign corporation; ET AL

CASE NUMBER: **30-2025-01503808**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: **VW-40623**

*BY FAX*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
**SUMMONS; COMPLAINT FOR DAMAGES**

3. a. Party served *(specify name of party as shown on documents served):*
**Lufthansa Group, A Foreign Corporation**

  b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under Item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
**Manager Diana**

4. Address where the party was served:
**330 N Brand Blvd, Ste 700, Glendale, CA 91203**

5. I served the party *(check proper box)*

  a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **08/29/2025** at *(time):* **8:07 AM**

  b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

    (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

    (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

    (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

    (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*  from *(city):*  **or** [ ] a declaration of mailing is attached.

    (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]
REF: VW-40623
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure. § 417.10
Tracking #: 0184308155

| PLAINTIFF/PETITIONER: Daniel Kennedy formerly known as Daniel Sadek | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lufthansa Group, a foreign corporation; ET AL | 30-2025-01503808 |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)* **Lufthansa Group, A Foreign Corporation c/o CT Corp, REGISTERED AGENT**

    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)            ☐ 415.46 (occupant)

                                 ☐ other:

7. **Person who served papers**

a. Name:           **Mkrtich Hovsepyan**

b. Address:        **1101 Melrose Ave, #10, Glendale, CA 91202**

c. Telephone number:  **818-849-9719**

d. The fee for service was: $ 75.00

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ registered California process server:

        (i) ☐ owner  ☐ employee  ☒ independent contractor.   For:   **ABC Legal Services, LLC**

        (ii) ☒ Registration No.: **2025056346**     Registration #: **6779**

        (iii) ☒ County:    **Los Angeles County**     County:   **Los Angeles**

*BY FAX*

POS-010 [Rev. January 1, 2007]


REF: VW-40623

**PROOF OF SERVICE OF SUMMONS**

Tracking #: 0184308155



8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 08/29/2025
_____

_____
       **Mkrtich Hovsepyan**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
            (SIGNATURE)

 REF: **VW-40623**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0184308155**
