UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Daniel Kennedy
6 Auvergne
Newport Coast, CA 92657
Telephone: (949) 500-0000
Email: danielkennedy2469@gmail.com

Plaintiff, IN PRO SE

Case No. 8:25-cv-02150-JWH-(KESx)

DEMAND FOR JURY TRIAL

HONORABLE JUDGE: John W. Holecom

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 17 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**DANIEL KENNEDY** formerly **Daniel Sadek**, Plaintiff,

v.

Defendants. **DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT aka DEUTSCHE LUFTHANSA AG**, a foreign corporation; and DOES 1 through 20, inclusive;

Defendants.

## I. PARTIES

Plaintiff Daniel Kennedy formerly Daniel Sadek (hereinafter, the "Plaintiff") is a natural person residing in Orange County, California.

2. Defendant Lufthansa Group is a foreign corporation (hereinafter, the "Defendant") operating international flights, including flight LH1305 from Beirut to Los Angeles, with a principal place of business at 1400 RXR Plaza, 14W, Uniondale, New York 11556.

Complaint.docx

- 1 -

COMPLAINT FOR DAMAGES

II.   **FACTUAL ALLEGATIONS**

3.   On June 9, 2025, Plaintiff held valid boarding pass for Lufthansa flight LH1305 but was denied boarding in Frankfurt, Germany, and involuntarily returned to Beirut, Lebanon.

4.   This denial caused Plaintiff significant financial losses, including costs to secure alternative travel, missed business opportunities, and reputational damage.

5.   Plaintiff endured a 20-hour layover in Istanbul, a 14-hour flight without access to prescribed mediation, and was forced to return to Lebanon, a war-torn region, during escalating conflict between Israel and Iran.

6.   Plaintiff was stranded in Lebanon for additional 12 days without access to cash or basic resources, borrowing money to book a flight on Turkish Airlines, exacerbating financial hardship.

7.   The incident triggered sever emotional distress, including trauma tied to Plaintiff's childhood experiences during the 1974 Lebanese Civil War, when Plaintiff was six years old.

8.   Plaintiff alleges Defendant's denial of boarding was influenced by discriminatory bias against Plaintiff's Lebanese origin, violating anti-discrimination laws.

III.   **CAUSES OF ACTION**

**FIRST CAUSE OF ACTION**

**(Breach of Contract)**

9.   Plaintiff incorporates all prior allegations.

10.   Defendant breached its contract with Plaintiff by failing to provide transportation agreed upon with the valid boarding pass for flight LH1305, causing damages, including financi losses and additional travel costs.

**SECOND CAUSE OF ACTION**

**(Intentional Infliction of Emotional Distress)**

11.   Plaintiff incorporates all prior allegations.

12.   Defendant's actions, including denying boarding and forcing Plaintiff's return to a war torn region, were intentional and outrageous, causing sever emotional distress, including trauma fro

childhood memories of the Lebanese Civil War.

## THIRD CAUSE OF ACTION

### (Discrimination)

13. Plaintiff incorporates all prior allegations.

14. Defendant's denial of boarding was motivated, in whole or in part, by discriminato bias against Plaintiff's Lebanese origin, violating California's Unruh Civil Rights Act (Civil §51) and applicable federal anti-discrimination laws.

## FOURTH CAUSE OF ACTION

### (Violation of the Montreal Convention)

15. Plaintiff incorporates all prior allegations.

16. Defendant Lufthansa Group is an international air carrier subject to Mon Convention, a treaty governing airline liability for damages occurring during international carriage.

17. On or about June 9, 2025, Defendant denied Plaintiff boarding on Flight LH1305 during international transit, resulting in delay, emotional distress, financial harm, and forced to return to a dangerous region in violation of Article 19 (delay) and Article 17 (bodily or mental injury) of the Montreal Convention.

18. Plaintiff suffered compensable damages, including severe psychological trauma, out of-pocket losses, loss of business opportunity, and humiliation. These damages were caused directl by Defendant's breach of obligations under the Montreal Convention.

IV. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor o Plaintiff and against Defendant as follows:

1. Compensatory damages;
2. Equitable relief, including a formal apology from Defendant;
3. For costs of suit incurred herein, including reasonable attorney's fees and interest;
4. For pre-judgment and post-judgment interest as allowed by law;

Daniel Kennedy
6 Auvergne
Newport Coast, CA 92657
Tel: (949) 500-0000
Email: danielkennedy2469@gmail.com

Plaintiff Pro Se,
DANIEL KENNEDY

Dated 10/17/2025